# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GREAT AMERICAN INSURANCE GROUP as subrogee of COPPER VALLEY WIRELESS, INC. </br></br> Plaintiff, </br></br> v. </br></br> BERGEY WINDPOWER COMPANY, LLC, an Oklahoma Corporation, </br></br> Defendants. | Case No.: CIV-19-888-G |

## PLAINTIFF'S COMPLAINT FOR DAMAGES

NOW COMES the Plaintiff, GREAT AMERICAN INSURANCE GROUP ("Great American") as subrogee of COPPER VALLEY WIRELESS, INC. ("Copper Valley"), by and through its attorneys, Thompson Brody & Kaplan, LLP, and for its Complaint at Law against the Defendant, BERGEY WINDPOWER COMPANY, LLC ("Bergey") states as follows:

## JURISDICTION

Jurisdiction in this matter is proper. This Court has jurisdiction over the claims set forth herein as the amount in controversy exceeds $75,000 and there exists complete diversity of citizenship among the parties pursuant to 28 U.S.C. § 1332. Venue is proper in the United States District Court for Western District of Oklahoma pursuant to 28 U.S.C. § 1391(a), in that, at all relevant times, Bergey conducted business within the Western District of Oklahoma.

## COMMON ALLEGATIONS

1. At all times herein relevant, Copper Valley Wireless, Inc. (hereinafter "Copper Valley") was a communications company which owned a wind turbine located on Hinchinibrook Island, Alaska (hereinafter the "subject property").

2. At all times herein relevant, Great American Insurance Group (hereinafter "Great American") was an insurance company which provided commercial property insurance to Copper Valley Telephone for the subject wind turbine.

3. At all times herein relevant, the Defendant, Bergey, was a corporation registered under the laws of the State of Oklahoma, with its principal place of business at 2200 Industrial Boulevard in Norman, Oklahoma 73069.

4. At all times herein relevant, the Defendant, Bergey, was engaged in the business of designing, manufacturing and distributing wind turbines for commercial use.

5. In conjunction with the sale of the subject wind turbine, Defendant, Bergey, prepared an engineering proposal and contract for the installation of a wind turbine in Hichinibrook, Alaska (hereinafter the "subject wind turbine") from its principal place of business in Norman, Oklahoma.

6. At all times relevant, Defendant, Bergey, designed, manufactured, and distributed the subject wind turbine out of its principal place of business in Norman, Oklahoma.

7. At all relevant times, the wind tower was installed in accordance with the specifications set forth by Bergey in its engineering proposal and contract.

8. On December 30, 2015, the subject wind turbine collapsed, causing $203,593.92 in damages.

9. As a result of the subject wind turbine's collapse, Great American made payments to its insured, Copper Valley, for an insured loss in the amount of $203,593.92 and is legally, contractually, and equitably subrogated to the rights of its insured, and asserts all rights of its insured in this action.

10. These damages were directly and proximately caused by the Defendants' breach of warranty and were due in no manner whatsoever to any act or failure to act on the part of the Plaintiff or its insured.

**COUNT I**
**BERGEY WINDPOWER COMPANY, LLC**
**(Breach of Warranty)**

11. Plaintiff hereby realleges and restates each preceding paragraph as though fully set forth herein.

12. By providing the subject wind turbine, drawings, and installation specifications, Defendant, Bergey, warranted that its work and product were free from defects and deficiencies.

13. Defendant breached its warranty in one or more of the following ways:

   a. Designed, manufactured, and/or supplied the subject wind turbine that created an unreasonable risk of collapse;

   b. Failed to identify that the subject wind turbine had an unreasonable risk of collapse;

   c. Failed to design and manufacture the subject wind turbine to withstand the minimum wind speeds at the subject location;

   d. Failed to design and engineering and installation proposal for the installation of the subject wind turbine that was sufficient for the remote location where the turbine was installed;

   e. Failed to perform its work in accordance with industry standards and/or accepted industry practices;

   f. Failed to replace the subject wind tower pursuant to the warranty provisions governing the relationship between Bergey and Copper Valley; and

   g. Otherwise failed to perform its work in a professional and workmanlike manner.

14. As a direct and proximate result of Bergey's breach of warranty in its work and representations that its product was free from defects and deficiencies, the subject wind turbine collapsed and caused damage to Copper Valley's real property.

15. Thereafter, Great American submitted a claim to Bergey for the replacement cost of a new wind turbine and Bergey denied Great American's warranty claim.

16. As a direct and proximate result of Bergey's breach of warranty in its work and representations regarding its product, the Plaintiff, Great American, incurred damages in the amount of $203,593.92.

WHEREFORE, the Plaintiff, GREAT AMERICAN INSURANCE GROUP, as subrogee of COPPER VALLEY WIRELESS, INC., respectfully prays that this Honorable Court enter judgment in its favor and against the Defendant, BERGEY WINDPOWER COMPANY, in the amount of $203,593.92, and for the costs of this suit, and for any further relief which this Court Deems necessary and just.

                      Respectfully submitted,
                      THOMPSON BRODY & KAPLAN, LLP

                      By: */s/ Matthew McLean*_____
                      Attorney for the Plaintiff

Matthew S. McLean
Thompson, Brody and Kaplan, LLP
161 N. Clark St. Suite 3575
Chicago, IL 60601
T: 312-374-8879
F: 312-782-3787
McLean@tbkllp.com